UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                  §
                                        §
WEINSTEIN, ROBERT A                     §     Case No. 09-00159
                                        §
            Debtor(s)                   §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/28/2011 in Courtroom B,
        Park City Branch Court
        301 Greenleaf Avenue
        Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                             Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
WEINSTEIN, ROBERT A § Case No. 09-00159
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.62 |
| and approved disbursements of | $ | 2.45 |
| leaving a balance on hand of[1] | $ | 4,998.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.06 | $ 0.00 | $ 1,250.06 |
| Trustee Expenses: JOSEPH E. COHEN | $ 12.70 | $ 0.00 | $ 12.70 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,662.50 | $ 0.00 | $ 1,662.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.45 | $ 2.45 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,925.26 |
| Remaining Balance | | $ | 2,072.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,809.48  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 4,809.48 | $ 0.00 | $ 2,072.91 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,072.91 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
    Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert A Weinstein  
    Debtor

Case No. 09-00159-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: cgreen    Page 1 of 1    Date Rcvd: Sep 20, 2011  
Form ID: pdf006    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2011.

```
db          +Robert A Weinstein,   115 Willow Parkway,   Buffalo Grove, IL 60089-6608
aty         +Edwin L Feld,   Edwin L Feld & Associates, LLC,   29 South LaSalle Street Suite 328,
              Chicago, IL 60603-1553
aty         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty         +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Yan Teytelman,   537 Vicksburg Drive, Apt. F,   Belleville, IL 62221-6603
tr          +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
13019761    +Advocate Medical,   1011 E. Touhy,   Ste 390,   Des Plaines, IL 60018-5807
13019762    +Advocate Medical Group,   PO Box 92710,   Chicago, IL 60675-2710
13019763     Advocate Medical Group, S.C.,   PO Box 92523,   Chicago, IL 60675-2523
17285250     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13019764     American Express Centurion Bank,   PO Box 3001,   Malvern, PA 19355-0701
13019765    +Arlington Ridge Pathology,   520 E 22nd Street,   Lombard, IL 60148-6110
13019766    +Best Practices of Northwest,   701 Lee St, Suite 300,   Des Plaines, IL 60016-4545
13019767    +Capital One Bank,   PO Box 5294,   Carol Stream, IL 60197-5294
13019768    +Citibank,   Box 6000,   The Lakes, NV 89163-0001
13019769     Citifinancial,   PO Box 6003,   Hagerstown, MD 21747
13019772    +GMAC,   PO Box 9001952,   Louisville, KY 40290-1952
13019773    +Grove United Soccer Assoc,   PO Box 5321,   Buffalo Grove, IL 60089-5321
13019774     Lauter, Jarosz  Orthodontics,   3430 N Arlington Hts Rd,   Arlington Heights, IL 60004
13019775    +Northwest Community Hospital,   PO Box 95698,   Chicago, IL 60694-5698
13019776    +Northwest Radiology assoc,   520 E 22nd Street,   Lombard, IL 60148-6110
13019777    +Open MRI,   3752 Paysphere Circle,   Chicago, IL 60674-0001
13019778    +Pennee A Frederickson,   26 250th Ave,   Little York, IL 61453-9746
13019780     Quest Diagnostics,   1355 Mitchell Blvd.,   Wood Dale, IL 60191
13019781    +Sears Credit Cards,   PO Box 183081,   Columbus, OH 43218-3081
13019782    +Sheri B Weinstein,   10 Chestnut Court East,   Buffalo Grove, IL 60089-6617
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13019771    +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Sep 21 2011 03:05:00     Credit Systems Intl,
              PO Box 1088,   Arlington, TX 76004-1088
13019779    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 21 2011 03:05:30     Pulmonary Physicians,
              c/o Armor Systems,   2322 N Green Bay Rd,   Waukegan, IL 60087-4209
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13019770     Cre8ve
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**      **Signature:** _Joseph Speetjens_