UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                      §
                                            §
WEINSTEIN, ROBERT A                         §         Case No. 09-00159
                                            §
                                            §
         Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citifinancial PO Box 6003 Hagerstown, MD 21747 |  |  |  |  |  |
|  | GMAC PO Box 9001952 Louisville, KY 40290 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheri B Weinstein 10 Chestnut Court East Buffalo Grove, IL 60089 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group PO Box 92710 Chicago, IL 60675 | | | | | |
| | Arlington Ridge Pathology 520 E 22nd Street Lombard, IL 60148 | | | | | |
| | Best Practices of Northwest 701 Lee St, Suite 300 Des Plaines, IL 60016 | | | | | |
| | Capital One Bank PO Box 5294 Carol Stream, IL 60197 | | | | | |
| | Citibank Box 6000 The Lakes, NV 89163 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grove United Soccer Assoc PO Box 5321 Buffalo Grove, IL 60089 | | | | | |
| | Lauter, Jarosz Orthodontics 3430 N Arlington Hts Rd Arlington Heights, IL 60004 | | | | | |
| | Northwest Community Hospital PO Box 95698 Chicago, IL 60694 | | | | | |
| | Northwest Radiology assoc 520 E 22nd Street Lombard, IL 60148 | | | | | |
| | Open MRI 3752 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Pennee A Frederickson 26 250th Ave Little York, IL 61453 | | | | | |
| | Pulmonary Physicians c/o Armor Systems 2322 N Green Bay Rd Waukegan, IL 60087 | | | | | |
| | Quest Diagnostics 1355 Mitchell Blvd. Wood Dale, IL 60191 | | | | | |

Case 09-00159    Doc 54    Filed 01/15/13    Entered 01/15/13 17:10:24    Desc Main
Document      Page 7 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Cards PO Box 183081 Columbus, OH 43218 | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-00159 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WEINSTEIN, ROBERT A | | | Date Filed (f) or Converted (c): | 01/06/09 (f) |
| | | | | 341(a) Meeting Date: | 02/23/09 |
| For Period Ending: | 12/22/12 | | | Claims Bar Date: | 06/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking and savings - joint acct w/daughter (Harr | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 2. 2 business accts (See Schedule B #13) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Furnishings | 2,000.00 | 2,000.00 | | 0.00 | 0.00 |
| 4. Furniture (Surrender) | 100.00 | 100.00 | | 0.00 | FA |
| 5. Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 6. Jewelry | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 7. Term life insurance (Reassurance) | 0.00 | Unknown | | 0.00 | Unknown |
| 8. Pension allotments ($1729/month) | 0.00 | Unknown | | 0.00 | Unknown |
| 9. 100% stock in CRE8VE Consulting, LLC - assets cons | 3,000.00 | 3,000.00 | | 0.00 | 0.00 |
| 10. Stocks (Natl Industries, Martin Mieretta) | 2,900.00 | 2,900.00 | | 0.00 | 0.00 |
| 11. 2002 Saab 9.3 (To Reaffirm) | 7,500.00 | 7,500.00 | | 0.00 | 0.00 |
| 12. TAX REFUND (u) | 0.00 | 7,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.75 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $17,700.00 | $24,700.00 | | $5,000.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED COPY OF 2008 TAX RETURN.  TRUSTEE HAS ENTERED INTO AGREED ORDER FOR TURNOVER OF INCOME TAX REFUND.
DEBTOR IS MAKING INSTALLMENT PAYMENTS ON AMOUNTS OWING TO ESTATE.
TRUSTEE HAS FILED HIS FINAL REPORT AND MADE A DISTRIBUTION TO CREDITORS ON NOV. 10, 2011.  ALL CHECKS HAVE CLEARED THE
BANK AND TRUSTEE WILL FILE A FINAL ACCOUNT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-00159   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINSTEIN, ROBERT A | Date Filed (f) or Converted (c): | 01/06/09 (f) |
| | | 341(a) Meeting Date: | 02/23/09 |
| | | Claims Bar Date: | 06/08/11 |

Initial Projected Date of Final Report (TFR): 05/30/11     Current Projected Date of Final Report (TFR): 05/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-00159 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WEINSTEIN, ROBERT A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1309 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4552 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/10 | 12 | Robert A. Weinstein | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 500.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.01 |
| 07/21/10 | 12 | Robert Weinstein | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,000.01 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,000.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,000.05 |
| 09/15/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,500.05 |
| 09/15/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,000.05 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 2,000.08 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.13 |
| 11/03/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,500.13 |
| 11/03/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,000.13 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.20 |
| 12/21/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,500.20 |
| 12/21/10 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 4,000.20 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,000.28 |
| 01/05/11 | 12 | ROBERT WEINSTEIN | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 4,500.28 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,500.39 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,500.42 |
| 03/08/11 | 12 | ROBERT WEINSTEIN | Tax refund | 1224-000 | 500.00 | | 5,000.42 |

Page Subtotals 5,000.42 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-00159 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEINSTEIN, ROBERT A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1309 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4552 | | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Income tax refund | | | | |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.45 | 4,997.97 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.05 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.09 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.13 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.17 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,998.22 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.26 |
| 10/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,998.30 |
| 10/27/11 | | Transfer to Acct #*******1977 | Final Posting Transfer | 9999-000 | | 4,998.30 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.75 | 5,000.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,998.30 | |
| Subtotal | 5,000.75 | 2.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.75 | 2.45 | |

Page Subtotals        0.33        5,000.75

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-00159 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINSTEIN, ROBERT A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1977 BofA - Checking Account |
| Taxpayer ID No: | *******4552 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******1309 | Transfer In From MMA Account | 9999-000 | 4,998.30 | | 4,998.30 |
| 11/10/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.06 | 3,748.24 |
| 11/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 12.70 | 3,735.54 |
| 11/10/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,108.34 | 2,627.20 |
| 11/10/11 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 554.16 | 2,073.04 |
| 11/10/11 | 003005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 43.10320%<br>(1-1) CREDIT CARD DEBT | 7100-000 | | 2,073.04 | 0.00 |

| | COLUMN TOTALS | 4,998.30 | 4,998.30 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 4,998.30 | 0.00 | |
| | Subtotal | 0.00 | 4,998.30 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 4,998.30 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1309 | 5,000.75 | 2.45 | 0.00 |
| BofA - Checking Account - *******1977 | 0.00 | 4,998.30 | 0.00 |
| | 5,000.75 | 5,000.75 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    4,998.30    4,998.30

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-00159 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINSTEIN, ROBERT A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1977  BofA - Checking Account |
| Taxpayer ID No: | *******4552 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********1309 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********1977 | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*